ERIC DOBBERSTEIN, ESQ.
Nevada Bar #3712
eric@dobbersteinlaw.com
CHRIS FELLOWS, ESQ.
Nevada Bar #13869
cfellows@dobbersteinlaw.com
DOBBERSTEIN LAW GROUP
9480 S. Eastern Ave., Suite 252
Las Vegas, Nevada 89123
Tel: 702-430-8900
Fax: 702-995-7005
*Attorneys for Creditors All Net, LLC, Dribble Dunk, LLC and Jackie Robinson*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In Re: | Bankruptcy Court No. 19-16644-abl |
|---|---|
| THOMAS MARSHALL ROOT, JR. and JANE MARIE ROOT, | Chapter 7 |
| Debtors. | **REQUEST FOR SPECIAL NOTICE** |

TO THE CLERK OF THE U.S. BANKRUPTCY CLERK, THE DEBTOR, THE TRUSTEE AND TO ALL PARTIES OF INTEREST:

I request that all notices given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the following address and telephone number:

Eris Dobberstein, Esq.
Dobberstein law Group
9480 S. Eastern Avenue, Suite 252
Las Vegas, NV 89123
(702) 430-8900

DATED this __10__ day of December 2019

_____
Signature